JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KHALIF FERGUSON, | Case No. CV 20-03279-PSG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Court should abstain from hearing the Petition under <u>Younger v. Harris</u>, 401 U.S. 37 (1971), and this action dismissed without prejudice.

Date: 10/20/2020

PHILIP S. GUTIERREZ
Chief United States District Judge